

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00482-CV

Jennifer **HERRERA** and Danielle Gaitan,
Appellants

v.

Ryan **AGUERO** and Rudy Aguero,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-16450
Honorable Norma Gonzales, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED. We order appellants to pay the costs of this appeal.

SIGNED October 11, 2023.

_____
Beth Watkins, Justice